**Order entered November 20, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01010-CV

**GIA THORNTON, INDIVIDUALLY, AS THE REPRESENTATIVE FOR ALL WRONGFUL DEATH BENEFICIARIES, AND AS AN HEIR AT LAW AND REPRESENTATIVE OF THE ESTATE OF MCQUESTER J. SOLOMON, DECEASED, Appellant**

**V.**

**COLUMBIA MEDICAL CENTER OF PLANO SUBSIDIARY, L.P., D/B/A MEDICAL CITY OF PLANO, F/K/A AS MEDICAL CENTER OF PLANO, AND JANE LEE, RN, Appellees**

**On Appeal from the 429th Judicial District Court
Collin County, Texas
Trial Court Cause No. 429-00366-2018**

## ORDER

Before the Court is appellant's November 15, 2018 unopposed second motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **December 3, 2018**.

/s/     ADA BROWN
           JUSTICE